# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

No. 1D2025-1794

———————————————

ANTHONY POLLOCK,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

On appeal from the Circuit Court for Jackson County.
Ana Maria Garcia, Judge.

July 15, 2026

PER CURIAM.

AFFIRMED. *Kimble v. State*, 406 So. 3d 1130, 1133 (Fla. 1st DCA 2025).

KELSEY, NORDBY, and NEFF, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Jessica J. Yeary, Public Defender, Ross S. Haine II, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, Kristie Regan, Assistant Attorney General, Tallahassee, for Appellee.